UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JAESEAN SHARROD CARR,

**INDICTMENT**

        Defendant.

_____/

The Grand Jury charges:

## COUNT 1
### Felon in Possession of a Firearm

On or about May 28, 2024, in the city of Holland, in the Southern Division of the Western District of Michigan, and elsewhere,

JAESEAN SHARROD CARR,

knowing that he had previously been convicted of one or more offenses punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm that was in and affecting commerce, that is, a Diamondback Firearms LLC, Model DB-15, 5.56 caliber rifle (S/N DB-1813606).

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 921(a)**
**18 U.S.C. § 924(a)(8)**

## FORFEITURE ALLEGATION

The allegation contained in this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the violation of 18 U.S.C. § 922(g)(1) set forth in this Indictment, the defendant,

JAESEAN SHARROD CARR,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the knowing commission of the offense, that is, a Diamondback Firearms LLC, Model DB-15, 5.56 caliber rifle (S/N DB-1813606) and two ammunition magazines.

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461(c)**

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
DANIEL Y. MEKARU
Assistant United States Attorney